UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHE NGRAN,

    Petitioner,

v.

Civil Case No. 17-13963
Honorable Linda V. Parker

BILL SCHUETTE, M. PUTRA
and C. LAROSE,

    Respondents.
_____/

# OPINION AND ORDER DISMISSING PETITION AS MOOT

On December 7, 2017, Che Ngran ("Petitioner") filed a petition for the writ of habeas corpus under 28 U.S.C. § 2241. Petitioner asserts that he has been in post-removal detention with United States Immigration and Customs Enforcement ("ICE") in excess of the statutory six-month period. Petitioner states that he is from Cambodia and there is no likelihood of his removal in the foreseeable future. He therefore asks the Court to order his release from custody.

Shortly after the case was filed, a notice informing the parties of their responsibility to update the Court with any address changes was filed and mailed to Petitioner. (ECF No. 2.) The mailing to Petitioner was returned undeliverable. (ECF No. 3.) The Court therefore contacted ICE to determine Petitioner's whereabouts.

An ICE representative informed the Court that Petitioner was removed from the United States to Cambodia on December 18, 2017. He arrived in Cambodia on December 20, 2017. Therefore, the petition is moot.

Accordingly,

**IT IS ORDERED** that Petitioner's application for the writ of habeas corpus under 28 U.S.C. § 2241 is **DISMISSED AS MOOT**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: August 2, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, August 2, 2018, by electronic and/or U.S. First Class mail.

s/ R. Loury
Case Manager